UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| SUSAN BURNAROOS,<br><br>           Plaintiff,<br>     v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | No. CV-12-3073 -CI<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**.  Judgment is entered for Defendant.

DATED:  September 30, 2013

                                SEAN McAVOY
                                District Court Executive/Clerk

                                s/ L. Stejskal
                                Deputy Clerk